Harms v TLC Health Network (2023 NY Slip Op 04902)

Harms v TLC Health Network

2023 NY Slip Op 04902

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: WHALEN, P.J., SMITH, CURRAN, MONTOUR, AND OGDEN, JJ. (Filed Sept. 29, 2023.) 

MOTION NO. (995/22) CA 21-00704.

[*1]FLORENCE LOUISE HARMS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF ROBERT L. HARMS, DECEASED, PLAINTIFF-APPELLANT, 
v
TLC HEALTH NETWORK, LAKE SHORE HEALTH CARE CENTER, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.